

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 19–31597
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
  Infinity Rebuild, Inc.
  10721 John Price Road
  Charlotte, NC 28273
  Social Security No.:
  Debtor EIN:
  81–1340767

# ORDER TO APPEAR AND SHOW CAUSE

The court, having reviewed the record in this Chapter 7 bankruptcy case, and it appearing that the Debtor(s) failed to file and/or upload a matrix (or list) of creditors required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and/or the Local Rules of the court;

The court hereby concludes that the failure to timely file and/or upload a matrix (or list) of creditors constitutes a violation of the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and/or the Local Rules of the court.

Based upon the foregoing, the court hereby **ORDERS THE DEBTORS(S) TO APPEAR** on December 9, 2019 at 09:30 AM at Charles R. Jonas Federal Building, 401 West Trade Street, Courtroom 1–4, Charlotte, NC 28202 and **SHOW CAUSE** why this case should not be dismissed and/or other sanctions should not be imposed due to the failure of the Debtor(s) to timely file a matrix (or list) of creditors.

Dated: November 22, 2019                              BY THE COURT

                                                      J. Craig Whitley
                                                      United States Bankruptcy Judge

Electronically filed and signed (11/22/19)